(May 11, 1962)

■ MICHAEL H. PRENDERGAST v. MAE GUREVICH et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.